# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS PALOMAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | Case No. 1:15-cv-01279-DAD-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION REQUESTING TO FILE A SUPPLEMENT TO TRAVERSE<br><br>(ECF No. 21) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 18, 2015, Petitioner filed his traverse, which requested that the Court construe the attached state court appellate brief (prepared by counsel on direct appeal) as his traverse. (ECF No. 14). On December 28, 2015, Petitioner filed the instant motion requesting to file a supplement to his traverse. (ECF No. 21). Petitioner indicates that he is being assisted by another inmate in this matter due to his lack of knowledge of the law and his limited English abilities. Petitioner argues that in order to adequately respond to the fifty-page answer filed by Respondent, he needs to be afforded the opportunity to strengthen and further develop the arguments set forth in the traverse.

\\
\\

1

1    Good cause having been presented to the Court,

2    IT IS HEREBY ORDERED that Petitioner's motion requesting to file a supplemental
3 traverse is GRANTED. Petitioner shall file his supplemental traverse within **THIRTY (30)** days
4 of the date of service of this order.

IT IS SO ORDERED.

Dated:    **December 30, 2015**

UNITED STATES MAGISTRATE JUDGE

2